McGREGOR W. SCOTT
United States Attorney
WILLIAM B.TAYLOR

Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA MACIAS <br><br> Defendant | Case No. 5:21-PO-00001 JLT <br><br> MOTION AND ORDER FOR DISMISSAL; AND VACATE TRIAL DATE <br><br> DATE: FEBRUARY 2, 2021 <br> TIME: 10:00 A.M <br> JUDGE: HON. JENNIFER L. THURSTON |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:21-PO-00001 JLT against MARIA MACIAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 26, 2021                    Respectfully submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                          By:     /s/ William B. Taylor
                                                     WILLIAM B. TAYLOR
                                                     Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:21-PO-00001 JLT against MARIA MACIAS be dismissed, without prejudice, in the interest of justice. and the trial date of February 2, 2021 is vacated.

DATED: January __27__, 2021

_____
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE